# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Crista Stevens,<br>                  Plaintiff<br><br>     v.<br><br>Keystone Credit Services, LLC,<br>                  Defendant | Docket No. 3:21-cv-01830-MEM<br><br>(Judge Malachy E. Mannion)<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | s/ Lee J. Janiczek (with consent) |
|---|---|
| Brett M. Freeman | Lee J. Janiczek |
| Bar Number PA 308834 | Bar Number PA 68433 |
| FREEMAN LAW | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 210 Montage Mountain Road | 550 E. Swedesford Road, Suite 270 |
| Moosic, PA 18507 | Wayne, PA 19087 |
| P: (570) 589-0010 | P: (215) 977-4071 |
| F: (570) 456-5955 | F: (215) 977-4101 |
| brett@freeman.law | Lee.Janiczek@lewisbrisbois.com |