IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Crista Stevens,<br>               Plaintiff<br><br>v.<br><br>Keystone Credit Services, LLC,<br>               Defendant | Docket No. 3:21-cv-01830-MEM<br><br>(Judge Malachy E. Mannion)<br><br>ELECTRONICALLY FILED |

## ORDER

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date: 6/8/23

_____
Malachy E. Mannion
United States District Judge